## *United States District Court for the Northern District of Illinois*

Case Number: 08cv2179                    Assigned/Issued By: j. n.

Judge Name: dow, jr.                    Designated Magistrate Judge: ashman

---

### FEE INFORMATION

***Amount Due:***  [✓] $350.00    [ ] $39.00    [ ] $5.00

[ ] IFP    [ ] No Fee    [ ] Other _____

[ ] $455.00

Number of Service Copies _____        Date: _____

(For Use by Fiscal Department Only)

Amount Paid: 350 _____        Receipt #: 2700904 _____

Date Payment Rec'd: 4-16-08 _____        Fiscal Clerk: j. n. _____

---

### ISSUANCES

[✓] Summons                    [ ] Alias Summons

[ ] Third Party Summons                    [ ] Lis Pendens

[ ] Non Wage Garnishment Summons                    [ ] Abstract of Judgment

[ ] Wage-Deduction Garnishment Summons        _____

[ ] Citation to Discover Assets        _____

                                                        (Victim, Against and $ Amount)

[ ] Writ _____
                (Type of Writ)

<u>1</u>    Original and <u>0</u>_____ copies on <u>4-17-08</u>_____ as to <u>defendant</u>_____
                                        (Date)

_____

_____

C:\wpwin80\docket\feeinfo.frm    03/14/05