| Form **BCA-5.25**<br>(Rev. Jan. 2003) | AFFIDAVIT OF COMPLIANCE FOR SERVICE ON SECRETARY OF STATE UNDER THE BUSINESS CORPORATION ACT | File # 54531028 |
|---|---|---|
| Jesse White<br>Secretary of State<br>Department of Business Services<br>Springfield, IL 62756<br>217-524-6748<br>www.cyberdriveillinois.com | This space for use by Secretary of State.<br>**FILED**<br>JUN 16 2008<br>**JESSE WHITE**<br>**SECRETARY OF STATE** | SUBMIT IN DUPLICATE<br>Date: 6/16/08<br>Filing Fee: $10<br>Approved: JM |
| Remit payment in check or money order payable to Secretary of State. | | |

1. Title and Number of Case:

   Laborers Pension Fund, et al. _____ first named plaintiff

   v.

   J&J Masonry, Inc., an Illinois corporation _____ first named defendant

   Number 08 CV 2179

2. Name of corporation being served: J&J Masonry, Inc.
3. Title of court in which an action, suit or proceeding has been commenced: USDC, N. Dist. E. Div.
4. Title of instrument being served: Summons, Complaint and First Amended Complaint
5. Basis for service on the Secretary of State: (check and complete appropriate box)

   a. ☑ The corporation's registered agent cannot with reasonable diligence be found at the registered office of record in Illinois.

   b. ☐ The corporation has failed to appoint and maintain a registered agent in Illinois.

   c. ☐ The corporation was dissolved on _____, _____ ; the conditions
          Month & Day            Year
      of paragraphs (a) or (b) above exist; and the action, suit or proceeding has been instituted against or has affected the corporation within five (5) years thereafter.

   d. ☐ The corporation's authority to transact business in Illinois has been withdrawn/revoked (circle one) on _____, _____ .
          Month & Day            Year

   e. ☐ The corporation is a foreign corporation that has transacted business in Illinois without procuring authority, contrary to the provisions of the Business Corporation Act of 1983.

6. Address to which the undersigned will cause a copy of the attached process, notice or demand to be sent by certified or registered mail: 6506 W. 93rd St., Oak Lawn, IL 60453

7. The undersigned affirms, under penalties of perjury, that the facts stated herein are true, correct and complete.

   _____  6/12/08
   Signature of Affiant     Month & Day      Year

   ( 312 ) 692-1540
   Telephone Number

Return to (please type or print clearly):

   Fund Counsel, Laborers Pension Fund
   Name
   111 W. Jackson Blvd., Suite 1415
   Street
   Chicago, IL 60604
   City/Town   State   ZIP

**TENDERED CHICAGO CORP. DEPARTMENT**

JUN 16 2008

ACCEPTANCE AND "FILED" DATE ESTABLISHED ONLY AFTER REVIEW

Printed by authority of the State of Illinois. June 2005 — 5M — C 213.10