IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| LABORERS' PENSION FUND and ) <br> LABORERS' WELFARE FUND OF THE ) <br> HEALTH AND WELFARE DEPARTMENT ) <br> OF THE CONSTRUCTION AND GENERAL ) <br> LABORERS' DISTRICT COUNCIL OF ) <br> CHICAGO AND VICINITY, and JAMES S. ) <br> JORGENSEN, Administrator of the Funds, ) <br> 　　　　　　　　　Plaintiffs, ) <br> 　v. ) <br> 　 ) <br> J & J MASONRY, INC., an Illinois corporation, ) <br> 　　　　　　　　　Defendant. ) | Case No. 08 C 2179 <br><br> Judge Dow |

### INITIAL STATUS REPORT

A. **Attorneys**

　1.　Attorneys of record for Plaintiffs:

　　　Patrick T. Wallace
　　　Jerrod Olszewski (will be trying the case)
　　　Christina Krivanek
　　　Amy N. Carollo
　　　Charles Ingrassia
　　　Office of Fund Counsel
　　　111 W. Jackson Blvd., Suite 1415
　　　Chicago, IL 60604
　　　(312) 692-1540

　2.　Attorney of record for Defendant:

　　　None

B. **Federal Jurisdiction**

Federal jurisdiction is based on Sections 502(e)(1) and (2) and 515 of the

Employee Retirement Income Security Act of 1974 ("ERISA"), as

amended, 29 U.S.C. §§1132 (e)(1) and (2) and 1145, Section 301(a) of the

Labor Management Relations Act ("LMRA") of 1947 as amended, 29

U.S.C. §185(a), and 28 U.S.C. §1331, and federal common law.

C. **Nature of Case**

Plaintiffs filed their Complaint on April 16, 2008 seeking to compel the Company to submit delinquent benefits and dues contributions pursuant to an audit, and to pay attorneys fees and costs incurred by Plaintiffs in this matter.

D. **Service**

The one and only Defendant in this case was served on June 12, 2008.

E. **Principal Legal Issues**

None

F. **Principal Factual Issues**

None

G. **Jury**

A jury has not been requested by the parties.

H. **Discovery Plan**

The type of discovery needed will be document inspection and possible depositions.

Discovery and motion dates:

    Plaintiffs' Rule 26(a)(1) disclosures were served on June 12, 2008.

    Fact discovery completion date of October 10, 2008.

    Expert discovery completion date of October 24, 2008, with discovery reports to be delivered on or before November 7, 2008.

    Dispositive motions to be filed on or November 28, 2008.

    Final pretrial order to be filed on or before December 19, 2008.

I.  **Trial**

The Plaintiffs will be ready for a one day trial in December, 2008.

J.  **Magistrate**

The Plaintiffs do not consent to proceed before a magistrate judge.

K.  **Settlement**

The parties resolved this matter late yesterday afternoon. Plaintiffs received payment from Defendant today, June 20, 2008. The check will be deposited on Monday, June 23, 2008 and once it clears Plaintiffs will dismiss the matter with the Court.

L.  **Settlement Conference**

Plaintiffs do not request a settlement conference at this time.


June 20, 2008                           LABORERS' PENSION FUNDS, et al.


                                        By: /s/ Jerrod Olszewski


Office of Fund Counsel
Laborers Pension and Welfare Funds
111 W. Jackson Blvd., Suite 1415
Chicago, IL  60604
312/692-1540

## **CERTIFICATE OF SERVICE**

The undersigned certifies that he caused copies of the foregoing Initial Status Report to be served upon the following person via U.S. First class mail, postage prepaid, this 20th day of June, 2008.

J & J Masonry, Inc.
c/o John F. Ruane, Registered Agent
6506 W. 93rd Street
Oak Lawn, IL 60453


/s/ Jerrod Olszewski