IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| LABORERS' PENSION FUND and LABORERS' WELFARE FUND OF THE HEALTH AND WELFARE DEPARTMENT OF THE CONSTRUCTION AND GENERAL LABORERS' DISTRICT COUNCIL OF CHICAGO AND VICINITY, and JAMES S. JORGENSEN, Administrator of the Funds,<br>　　　　　　　　Plaintiffs,<br>　v.<br><br>J & J MASONRY, INC., an Illinois corporation,<br>　　　　　　　　Defendant. | Case No. 08 C 2179<br><br>Judge Dow |

## NOTICE OF FILING

TO: J & J Masonry, Inc.
　c/o John F. Ruane, Registered Agent
　6506 W. 93rd Street
　Oak Lawn, IL 60453

　　PLEASE TAKE NOTICE that on this 20th day of June 2008 the undersigned filed with the Clerk of Court the *Plaintiffs' Initial Status Report*, a copy of which is herewith served upon you.

June 20, 2008　　　　　　　　　　　　LABORERS' PENSION FUND ET AL.

　　　　　　　　　　　　　　　　　　By:　　/s/ Jerrod Olszewski

Laborers' Pension and Welfare Funds
111 W. Jackson Blvd., Suite 1415
Chicago, Illinois 60604
(312) 692-1540

## PROOF OF SERVICE BY MAIL

　　The undersigned certifies that on this 20th day of June 2008 he served this notice to the above addressee(s) via U.S. Mail.

　　　　　　　　　　　　　　　　　　/s/ Jerrod Olszewski