UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
Eastern Division

Laborers' Pension Fund, et al.
                  Plaintiff,

v.                                      Case No.: 1:08–cv–02179
                                                Honorable Robert M. Dow Jr.

J & J Masonry, Inc.
                  Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, June 23, 2008:

      MINUTE entry before the Honorable Robert M. Dow, Jr:The Court is in receipt of the parties' initial status report [13] and in light of the resolution of this matter reported, the status hearing set for 6/26/08 is stricken and reset for 7/30/08 at 9:00 am. The Court will await receipt of the appropriate dismissal papers and will strike the next status hearing if the case is dismissed prior to that date.Mailed notice(tlp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.