IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| LABORERS' PENSION FUND and LABORERS' WELFARE FUND OF THE HEALTH AND WELFARE DEPARTMENT OF THE CONSTRUCTION AND GENERAL LABORERS' DISTRICT COUNCIL OF CHICAGO AND VICINITY, and JAMES S. JORGENSEN, Administrator of the Funds, Plaintiffs, v. J & J MASONRY, INC., an Illinois corporation, Defendant. | Case No. 08 C 2179<br><br>Judge Dow |

## NOTICE OF VOLUNTARY DISMISSAL

NOW COME Plaintiffs, Laborers' Pension Fund and Laborers' Welfare Fund of the Health and Welfare Department of the Construction and General Laborers' District Council of Chicago and Vicinity and James S. Jorgensen, Administrator of the Funds, by and through their attorney Jerrod Olszewski, and hereby file this Notice of Voluntary Dismissal dismissing this matter without prejudice pursuant to Fed. R. Civ. P. 41(a)(1).

Date: July 11, 2008

Respectfully submitted,
Laborers' Pension Fund, et al.

By:   /s/ Jerrod Olszewski

Jerrod Olszewski
Office of Fund Counsel
111 West Jackson, Suite 1415
Chicago, IL 60604
(312) 692-1540

## CERTIFICATE OF SERVICE

  The undersigned attorney of record certifies that he caused a copy of this Notice of Voluntary Dismissal to be served upon the addressee listed below via U.S. Mail, first class postage prepaid, this 11th day of July, 2008.

      J & J Masonry, Inc.
      c/o John F. Ruane, Registered Agent
      6506 W. 93rd Street
      Oak Lawn, IL 60453

            /s/ Jerrod Olszewski