## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
### Eastern Division

Laborers' Pension Fund, et al.
                            Plaintiff,

v.                                              Case No.: 1:08−cv−02179
                                                Honorable Robert M. Dow Jr.

J & J Masonry, Inc.
                            Defendant.


## NOTIFICATION OF DOCKET ENTRY


This docket entry was made by the Clerk on Tuesday, July 15, 2008:

    MINUTE entry before the Honorable Robert M. Dow, Jr: Pursuant to Fed.R.Civ.P. 4l(a)(1), Plaintiffs voluntarily dismiss the above−entitled case without prejudice. Status hearing date of 7/30/08 is stricken.Civil case terminated. Mailed notice(tbk, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.